Wrote by Troy Milton

Marshall's Mental Health problems
And eye blindness..

Gregory, Marshall, 183459
W.C.I., 13800 Mc Mullen Highway. S.W.,
Cumberland, Maryland. 21502

In the U.S. District Court for the District of Maryland,

Plaintiff

JFM-08-55

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
JAN -7 2008
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

V.

SERVE ON ALL:

Ms. Reeves, Psychologist
Medical Site Manager, For W.C.I.,
Agency Contract Operations Manager,
Warden For W.C.I.,
Chief of Security For W.C.I.,
Lt. R.M. Friend
Sgt. Wilt.
Off. Hawk.
Off. Shoemaker.
Director of Medical Services For W.C.I.,

Defendants.

Western Correctional Institution
13800 Mc Mullen Highway. S.W.,
Cumberland, Maryland. 21502

SERVE ON
Commissioner of Corrections. D.O.C.,
6776, Reisterstown. Road
Baltimore, Maryland. 21215

On December 18, 2007, I Troy, Milton, sent the Warden and Commissioner of Corrections "ARP" Remedy and Appeals, And they Refuse to Respond to his complaint Marshall's Life is In Danger At W.C.I.. And now Files this §1983 Claim for Racial Assault, Denied Medical And Mental Health Treatment.

## STATEMENT of FACTS

On or around December 5, 2007, Marshall was being housed in the the W.C.I.'s Suicide Oberservation Housing (S.O.H.) where he had been held in a stripped cell-naked, for two (2) months. Due to his Mental Health Conditions, Marshall was not taken his Medication for hearing Voices, and continued to hear voices telling him to harm himself.

Around December 11, 2007, Dr. Reeves, the chief Psychologist, told Marshall that, the psychologist department will no longer be handing his case, that "she" is having security officers take over his case, Thereafter, Lt. Friend, had Marshall Removed out of the Medical Suicide Watch Cell, and placed down in #5, housing Unit's Administrative Lock-up, the cell was stripped of ALL property, Lt. Friend, told Marshall, "were not going to have any of that Crazy shit down here, If you do, I will spray mace up your nose," At this time, Marshall was not eating, sleeping, and telling any one that would listen that, he have a computer chip inside of his head.

On December 17, 2007, Dr. Reeves had, as what Marshall believed, sent officers to his cell to Remove the Computer chip from his head, Marshall was cutting on himself when the officers showed up, off. Shoemaker, off. Hawk and Lt. Friend. opened up his food slot and started shooting gas-mace on his body and face...

Once the officers pulled Marshall out of his cell, blind from mace, he was taken down to a side office Room, handcuffed from behind, Marshall was pushed to the floor, then off. Shoemaker, off. Hawk, started kicking him upon his body, while Lt. Friend, stood back and watched the Assault take place, Then Lt. Friend. stated, "HO" here comes the nurse.", Then the officers took Marshall outside, without shoes on his feet, and took him over to housing unit 4, where Lt. Friend then took photos of Marshalls Face

Then Sgt. Wilt, Lt. Friend, off. Shoemaker, and off. Hawk's took Marshall to Cell B-1, a stripped Cell, were the officers place Rocks in the outside window-frame to keep the

window open, the officer's stripped Marshall of all his clothes. Then Sgt. Wilt, told Marshall to raise his hands high-up on the wall, when Marshall raised his arms up. Lt. Friend and Sgt. Wilt, would start hitting him with there fist upon his side and back area - into he would fall to the floor, where off. Shoemaker, off. Hawk and Lt. Wilt, would start kicking him on his legs, back and sides, then Sgt. Wilt. would make Marshall stand up to the wall, with his hands raised-high again, where he was, then again, beat to the floor, while on the floor. Sgt. Wilt started bending his arms. with so much force he could feel his bones move out of place, Marshall's eye was also busted open - bleeding on the wall. While bending Marshalls arm. Sgt. Wilt. stated "Nigger we. will kill you, take your medication/stop cutting your self, we will kill your fuck-in black ass". Marshall was left in this cell stripped-naked for four (4) days, On December 20, 2007 Marshall was taken up to the Medical Unit, his arms were swelling-up and his bones where sticking-out, X-Rays where taken of his arms, the doctor stated. that Marshalls arm showed a hair-line fragmented fracture, and would be seen by the physician - Marshall was taken back to housing Unit 4, and placed in a cell with another inmate Marshall continues to hear voices and talk to himself. Marshall is being mistreated by the inmates he is being placed in the cell(s) with, due to his mental health problem

Marshall has not been examined by the physicians. And has sent in six (6) sick call request. to be seen about his broken arm., and blood red eye's. The medical staff knows Marshall has been seriously hurt by officers and are trying to help them cover it up. by not giving Marshall medical treatment. by not calling him up to the medical unit to be treated., Marshalls life is in "Great Danger" at W.C.I., (Please Help Him Judge Motz)

Relief: As provided under the Prisoners and Americans with Disability Act II, Grant: Marshall the Assistance of Legal Attorney, Grant: Marshall the sum of $10,000,000.00. For Racial Assault, pain, Suffering Deliberate. Indifference of Serious Medical and Mental Health needs.

#1, Injunctive Relief within 14, Day's.

Marshall Request of this Court, to order defendants to send him to a outside public Hospital, to have his arms Re-X,Rayed and treated for the fracture, and have his eyes examined within 14, day's.

#2, Injunctive Relief within 14, Day's

Marshall's life is in "Great Danger" at W.C.I. He is Suffering Mental Health "Patient Abuse" and Racial Abuse. And denied Mental Health treatment, He is being punished instead, and Pleads! with this Court to order defendants to transfer him out of W.C.I. - to Another Medium jail within 14, day's.

Please Help Him Hon. Judge Motz's/   Signed by Gregory Marshall
Gregory Marshall, 183459
W.C.I
13800 McMullen Highway, S.W.
December 31, 2007, Cumberland, Maryland. 21502

AFFIDAVIT:

I HEREBY CERTIFY, that ALL the Statement IN this §1983 Civil Rights Claim, Is true And Correct on this DECEMBER 31, 2007

Signed by *Gregy Marshall*
GREGORY MARSHALL. 183459
WCI

CERTIFICATE of SERVICE:

I HEREBY CERTIFY, that on this DECEMBER 31, 2007. A Copy of this Civil Rights Claim was mailed to Douglas F. GANSLER. Attorney General. 200 St. Paul. Place. Baltimore. Maryland. 21202

Signed by *Gregy Marshall*
GREGORY MARSHALL 183459
WCI
13800 McMullen Highway. S.W.
Cumberland, Maryland. 21502